**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 20, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00683-CV

---

### IN RE BEATRICE ZARATE, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 974,424-101**

---

## MEMORANDUM OPINION

On August 11, 2015, relator Beatrice Zarate filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Theresa Chang, presiding judge of County Civil Court at Law No. 2 of Harris County, to set aside her March 4, 2015 order granting real party interest's motion

in limine and direct the trial court to permit relator to present evidence on claims and affirmative defenses dismissed on summary judgment.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.